Hon. Frank Wright, March 10, 1939, Page 2

pre-determined and allowed in kind and amounts,
as nearly as possible, by the Commissioners'
Court once each month for the ensuing month,
upon the application by each officer, stating
the kind, probably amount of expenditure and
the nedessity for the expenses of his office
for such ensuing month, which application
shall, before presentation to said court,
first be endorsed by the County Auditor, if
any, otherwise the County Treasurer, only as
to whether funds are available for payment
of such expenses.........

"Such purchases shall be made by each
officer, when allowed, only by requisition
in manner provided by the County Auditor, if
any, otherwise by the Commissioners' Court.
Each officer shall, at the close of each
month of his tenure of office, make an itemized
and sworn report of all approved expenses
incurred by him and charged to his county,
accompanying such report with invoices cover-
ing such purchases and requisitions issued
by him in support of such report. If such
expenses be incurred in connection with any
particular case, such report shall name such
case. Such report, invoices and requisitions
shall be subject to the audit of the County
Auditor, if any, otherwise by the Commission-
ers' Court, and if it appears that any item
was not incurred by such officer, or that
such item was not a necessary or legal ex-
pense of such office, or purchased upon pro-
per requisition, such item shall be by said
County Auditor or court rejected, in which
case the payment of such item may be adju-
dicated in any court of competent jurisdic-
tion. All such approved claims and accounts
shall be paid from the Officers' Salary Fund
unless otherwise provided herein,......"

It appears from the reading of the above provi-
sions that such conditions therein were intended by the
Legislature to be complied with by the county official

Hon. Frank Wright, March 10, 1939, Page 3

before he could, as a matter of right, demand payment of such expense.

Assuming that such conditions as set forth in Article 3899 have been complied with, it is therefore the opinion of this Department that where such officers as named in Article 3883, as amended, are required by law to make bond, they can demand, as a matter of right, that such item of expense be approved and that said bond premiums be paid out of the Officers' Salary Fund. The matter of reasonableness of such expense, however, and its approval rests within the discretion of the Commissioners' Court, and only where there is a clear abuse of such discretion, could it be said that allowance and payment of such premiums would be mandatory on the part of the county officials.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Wm. J. R. King
Assistant

WmK:AW

APPROVED:

ATTORNEY GENERAL OF TEXAS